IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00759-MEH

JOHN DUNCAN,
DIANNA HARRIS, and
DAKOTA DUNCAN,

    Plaintiffs,

v.

NATE ESQUIBEL,
ROGER WHINERY, and
KEVIN STURCH,

    Defendants.

---

## ORDER
_____

Before the Court is a Stipulated Dismissal with Prejudice of All Claims Asserted by Plaintiff Dianna Harris [filed March 30, 2016; docket #27].  The stipulation provides that all claims that were or could have been brought by Plaintiff Dianna Harris against any or all Defendants are dismissed with prejudice, each party to pay his or her own costs and attorney fees.  Pursuant to Fed. R. Civ. P. 21, the Clerk of the Court is directed to drop Dianna Harris from the caption of this case.

Dated at Denver, Colorado this 1st day of April, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge