IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00759-MEH

JOHN DUNCAN,
DIANNA HARRIS, and
DAKOTA DUNCAN,

    Plaintiffs,

v.

NATE ESQUIBEL,
ROGER WHINERY, and
KEVIN STURCH,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2016.**

    Before the Court is a Notice of Settlement and Unopposed Motion to Stay Pending Deadlines [filed April 10, 2016; docket #29]. The motion is **granted in part and denied in part** as follows.

    In light of the notice of settlement, Kevin Sturch's Combined Motion for Summary Judgment and Memorandum [filed March 4, 2016; docket # 21], Nate Esquibel's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) [filed March 4, 2016; docket #23], and Roger Whinery's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) [filed March 4, 2016; docket #24] are **denied without prejudice** with leave to re-file if the settlement is not finalized.

    In addition, the Final Pretrial Conference currently set for May 23, 2016 is **vacated**, but will be rescheduled if the settlement is not finalized.

    Finally, the parties shall file dismissal papers with the Court **on or before May 13, 2016**.